FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAY VINSON HAYNES,<br><br>                Plaintiff,<br><br>     v.<br><br>TRANSPORT BUS SGT DOC, PROPERTY SGT DOC, and PRIVATE/PUBLIC CAPACITY DOC,<br><br>                Defendants. | No: 4:22-CV-5091-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Clay Vinson Haynes's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). ECF No. 9. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff also filed a motion requesting that collection of the remaining balance of the filing fee in this action be waived. ECF No. 10. For good cause

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

shown, **IT IS ORDERED** that Plaintiff's motion to waive collection of the filing fee, ECF No. 10, is **GRANTED** and the institution having custody of Mr. Haynes shall cease collection of the filing fee in this action, cause number **4:22-CV-5091-TOR**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to Plaintiff, and **close** the file. The Clerk of Court is further directed to provide a copy of this Order to the **Department of Corrections, Attn: LFO/COS UNIT**, to forward to the appropriate agency having custody of Plaintiff. The Clerk of Court also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED September 12, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2